UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PETER CHRISTIAN JENSEN IV,<br><br>Plaintiff,<br><br>v.<br><br>KEDRICK WILLS, JONATHAN CUSHMAN, JOHN A. CAFFERTY, ROSS D. PITTMAN, ADAM JOHNSON, BERNARD WILLIAM McHUGH, TIMOTHY L. VAN VALIN,<br><br>Defendants. | Case No. 2:23-cv-00085-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

On February 28, 2023, the Court entered an order conditionally filing the complaint in this action. Shortly thereafter, plaintiff Peter Christian Jensen IV filed a motion asking the Court to order the United States Marshals to serve all defendants. The problem, however, is that Mr. Jensen has not been authorized to proceed without paying the filing fee in this action. Accordingly, the Court will deny the pending motion.

If Mr. Jensen wishes to proceed in this action, he will need to either pay the filing fee or file an application to proceed *in forma pauperis*. If he fails to do either within 45 days of this Order, the Court will dismiss this action.

MEMORANDUM DECISION AND ORDER - 1

Accordingly, **IT IS ORDERED that** Plaintiff's Motion for U.S. Marshals to Serve Summonses and Petition (Dkt. 5) is **DENIED.**

DATED: May 31, 2023

B. Lynn Winmill
United States District Judge